**DIBENEDETTO LAW GROUP, PC**
Anna DiBenedetto (State Bar No. 220833)
1101 Pacific Avenue, Suite 200
Santa Cruz, California 95060
Tel.: (831) 253-0499
anna@dibenedetto.law
cc: ali@dibenedetto.law

**SPENCER FANE LLP**
Matthew P. James (State Bar No. 211860)
225 West Santa Clara Street, Suite 1500
San Jose, California 95113
Tel.: (408) 286-5100
Fax: (408) 286-5722
mjames@spencerfane.com

Attorneys for Defendants
THE HOLCOMB CORPORATION,
KYLA HOLCOMB PIRAMOON, KAY HOLCOMB,
LOIS HOLCOMB and SEASCAPE RESORT, LTD.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

MARCIA WALLIS, an individual; DANIEL WALLIS, an individual; MARCIA CAPORN, an individual; and ADAM CAPORN, an individual;

Plaintiffs,

vs.

THE HOLCOMB CORPORATION dba HOLCOMB BROKERAGE (DRE #00618810); KYLA HOLCOMB PIRAMOON, an individual; KAY HOLCOMB, and individual, LOIS HOLCOMB, an individual, SEASCAPE RESORT LTD, a California limited partnership; and DOES 1-25,

Defendants.

Case No. 4:25-cv-07098-HSG

**STIPULATION AND ORDER TO STAY DISCOVERY PENDING COURT'S RULING ON DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT**

In lieu of submitting to the Court their Joint Discovery Letter Brief Re Defendants' Request for a Temporary Stay of Discovery, pursuant to Civil Local Rules 6-1(a), 6-1(b), 6-2 and 7-12, and subject to the Court's approval, the parties to the within action, through their attorneys of record, hereby stipulate to stay discovery as indicated below.

1. **Stay pending ruling**. All discovery, including Defendants' obligation to respond to Plaintiffs' outstanding written discovery, will be stayed until the Court rules on Defendants' Motion to Dismiss the Second Amended Complaint (Dkt. No. 44).[1]

2. **Corrected discovery**. Plaintiffs will serve corrected Requests for Admission and Requests for Production of Documents on or before the October 22, 2026 hearing on Defendants' dismissal motion hearing. The corrected sets will address the issues identified in Defendants' draft joint discovery letter brief, including the Rule 45 references, the incorrect numbering of the requests directed to Defendant Kyla Holcomb Piramoon, and the identification of the responding party in the requests directed to Defendant Kay Holcomb. The corrected sets will supersede the sets served on September 1, 2026.

3. **Exhibits to Requests for Admissions**. Plaintiffs will include with their corrected Requests for Admissions any referenced exhibits.

4. **New Response deadline**. If any claim remains pending after the Court's ruling on Defendants' dismissal motion, Defendants' responses to Plaintiffs' outstanding discovery, including any corrected sets, will be due 30 days after the Court enters its order on Defendants' Motion to Dismiss the Second Amended Complaint. The parties will meet and confer within 7 days after that order regarding a schedule for any further discovery.

5. **Electronic service**. As reflected in Section 19 of the parties' Joint Case Management Statement (Dkt. No. 43), the parties consented to electronic service. The corrected sets will be served by email, and service will be effective on the date sent.

---

[1] Pursuant to Civil L.R. 6-1(a), the parties understand that the extension of the deadlines to serve responses to Plaintiffs' outstanding written discovery is effective even without an order from the Court.

6. **Preservation**. Defendants' preservation obligations will continue during the discovery stay.

7. **Reservation of rights**. Except as provided herein, the parties' objections, rights, and positions regarding all discovery are preserved.

**SO STIPULATED.**

Dated: September 28, 2026

DIBENEDETTO LAW GROUP, PC

By: Anna DiBenedetto
ANNA DIBENEDETTO
Attorneys for Defendants, THE HOLCOMB CORPORATION, KYLA HOLCOMB PIRAMOON, KAY HOLCOMB, LOIS HOLCOMB and SEASCAPE RESORT, LTD.

Dated: September 28, 2026

LOUDERBACK LAW FIRM

By: /s/
MARCIA A. CAPORN
Attorneys for Plaintiffs, MARCIA WALLIS, DANIEL WALLIS, MARCIA CAPORN, and ADAM CAPORN

**In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories have concurred in the filing of this document.*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 9/29/2026

Haywood S. Gilliam Jr.
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge